```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NURUL ISLAM,
                        Plaintiff,                                    JUDGMENT
                                                                      19-cv-6670(BMC)
        -against-

U.S. DEPARTMENT OF HOMELAND SECURITY,
KEVIN MCALEENAN, KEN CUCCINELLI, U.S.
CITIZENSHIP AND IMMIGRATION SERVICES,
USCIS TEXAS SERVICE CENTER, U.S. ATTORNEY
GENERAL WILLIAM P. BARR, UNITED STATES
BUREAU OF CONSULAR AFFAIRS, JOHN DOES 1-10,
JANE DOES 1-10, and ABC AGENCY 1-10,

                        Defendants.
------------------------------------------------------------ X
```

A Minute Order of Honorable Brian M. Cogan, United States District Judge, having been filed on January 22, 2020, granting defendants' motion to dismiss; and dismissing the complaint; it is

ORDERED and ADJUDGED that defendants' motion to dismiss is granted; and that the complaint is dismissed.

Dated: Brooklyn, NY                                  Douglas C. Palmer
      January 24, 2020                                  Clerk of Court

                                                    By:    /s/*Jalitza Poveda*
                                                             Deputy Clerk